ALEXANDER MILLS *versus* HENRY DISBROW, OLIVER JOHNSON, AND JOSEPH FARRINGTON.

JOURNAL ENTRIES (1831): *Journal 4:* (1) Argument heard, case submitted *p. 432; (2) decision *p. 434.
PAPERS IN FILE: [None]
*1824–36 Calendar*, MS p. 212.